# United States Court of Appeals
## For the First Circuit

No. 03-2550

FARHAD KATEBI,

Petitioner,

v.

JOHN ASHCROFT, ATTORNEY GENERAL,

Respondent.

ERRATA

The opinion of this Court, issued on February 3, 2005, should be amended as follows.

On page 4, line 21, insert after "framework" the following sentence:

"When an applicant has a colorable claim to [permanent] resident status, as [Katebi] does, the INS has the burden of proving that he is not eligible for admission to the United States by clear, unequivocal and convincing evidence." Singh v. Reno, 113 F.3d 1512, 1514 (9th Cir. 1997).

On page 6, line 6-7 replace "Singh v. Reno, 113 F.3d 1512, 1514 (9th Cir. 1997)." with "Singh, 113 F. 3d at 1514."